UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-54 |
| | ) | (Phillips) |
| HUGH WEST | ) | |

### ORDER

There being no timely objection by defendant, *see* 28 U.S.C. § 636(b)(1), and the court being in complete agreement with the magistrate judge, the Report and Recommendation [Doc. 16] filed by the Honorable C. Clifford Shirley, United States Magistrate Judge, on August 17, 2005, is hereby **ACCEPTED IN WHOLE** whereby defendant's motion to suppress evidence [Doc. 10] is **DENIED.**

**ENTER:**

　　　　　　　　　s/ Thomas W. Phillips
　　　　　　　　United States District Judge