# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|     **Plaintiff,** ) | |
| **v.** ) | **Case No. 3:05-CR-54** |
| ) | **PHILLIPS/ SHIRLEY** |
| **HUGH WEST** ) | |
|     **Defendant.** ) | |

## ORDER

This matter is before the Court upon defendant's motion to file under seal [Doc. 25]. For good cause stated, defendant may file his motion for downward departure and sentencing memorandum under seal. Accordingly, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

                                 **ENTER:**

                                 **s/Thomas W. Phillips**
                                 **UNITED STATES DISTRICT JUDGE**